UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Affiliated Foods, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:17-cv-8850;<br><br>*Action Meat Distributors, Inc. et al. v. Pilgrim's Pride Corporation, et al.*, Case No: 1:18-cv-03471;<br><br>*Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-05341;<br><br>*KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.). v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-5345;<br><br>*Associated Grocers, Inc. et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-00638;<br><br>*Giant Eagle, Inc. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19: cv-02758;<br><br>*The Golub Corporation et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-06955;<br><br>*Brookshire Brothers, Inc. et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:20-cv-06123;<br><br>*Columbia Meats, Inc. et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:21-cv-02847; and<br><br>*Springfield Grocer Company et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 21-cv-02963. | Civil Action No. 1:16-cv-08637<br><br>**STIPULATION [AND PROPOSED ORDER] DISMISSING THE *AFFILIATED FOODS* PLAINTIFFS' CLAIMS WITH PREJUDICE AGAINST DEFENDANT PILGRIM'S PRIDE CORPORATION** |

1

The parties in the above-captioned actions, through their counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

1. This Stipulation is between Direct Action Plaintiffs Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc..; KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc. (collectively, the "*Affiliated Foods* Plaintiffs") and Defendant Pilgrim's Pride Corporation ("Pilgrim's").

2. This Stipulation relates to *Affiliated Foods, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:17-cv-8850, *Action Meat Distributors, Inc. et al. v. Pilgrim's Pride Corporation, et al.*, Case No: 1:18-cv-03471, *Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-05341, *KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.). v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-5345, *Associated Grocers, Inc. et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-00638, *Giant Eagle, Inc. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19: cv-02758, *The Golub Corporation et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-06955, *Brookshire Brothers, Inc. et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:20-cv-06123, *Columbia Meats, Inc. et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:21-cv-02847, and *Springfield Grocer Company et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 21-cv-02963 (collectively, the "*Affiliated Foods* Plaintiffs' Actions").

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the *Affiliated Foods* Plaintiffs and Pilgrim's stipulate and agree to the dismissal, with prejudice, of the *Affiliated Foods* Plaintiffs' claims asserted against Pilgrim's in their respective complaints in the *Affiliated Foods* Plaintiffs' Actions (including as set forth against Pilgrim's in the Direct Action Plaintiffs' Amended Consolidated Complaint, ECF No. 4244), with each side bearing its own attorneys' fees and costs. This Stipulation of Dismissal, with prejudice, has no bearing on the *Affiliated Foods* Plaintiffs' claims against Defendants other than Pilgrim's.

**SO ORDERED** _____     Dated: _____
          United States District Judge

Dated: December 9, 2021                    Respectfully submitted,

               */s/ Robert N. Kaplan*
               Robert N. Kaplan
Gregory K. Arenson
Jeffrey P. Campisi
Matthew P. McCahill
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: jcampisi@kaplanfox.com
Email: mmccahill@kaplanfox.com

*/s/ Eric R. Lifvendahl*
Eric R. Lifvendahl
Ryan F. Manion
**L&G LAW GROUP**
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: elifvendahl@lgcounsel.com
Email: rmanion@lgcounsel.com

*/s/ Richard L. Coffman*
Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama St., Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

*/s/ Solomon B. Cera*
Solomon B. Cera
**CERA LLP**
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Email: scera@cerallp.com

C. Andrew Dirksen
**CERA LLP**
800 Boylston St., 16th Floor
Boston, Mass. 02199
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

*/s/ Elizabeth H. Black*
Manton M. Grier
Elizabeth H. Black
Mary C. Eldridge
**HAYNSWORTH SINKLER BOYD P.A.**
1201 Main Street 22nd Floor
Columbia, South Carolina 29201-3226
Telephone: (803) 540-7753
Email: mgrier@hsblawfirm.com
Email: eblack@hsblawfirm.com
Email: meldridge@hsblawfirm.com

*-and-*

Jay W. Matthews, III
1 North Main Street, 2nd Floor
Greenville, South Carolina 29601
Telephone: (864) 240-3200
Email: jmatthews@hsblawfirm.com

*/s/ Bernard D. Marcus*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
Rachel A. Beckman
**MARCUS & SHAPIRA LLP**
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: hill@marcus-shapira.com
Email: allen@marcus-shapira.com
Email: beckman@marcus-shapira.com

*Counsel for Affiliated Foods Plaintiffs*

4

By: */s/ Carrie C. Mahan*
Carrie C. Mahan
Christopher J. Abbott
WEIL GOTSHAL & MANGES LLP
2001 M Street N.W., Ste. 600
Washington, D.C. 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
Email: carrie.mahan@weil.com
Email: Christopher.abbott@weil.com
*Counsel for Defendant Pilgrim's Pride Corporation*