UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Affiliated Foods, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:17-cv-8850;<br><br>*Action Meat Distributors, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-03471;<br><br>*Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-05341;<br><br>*KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.) v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-5345;<br><br>*Associated Grocers, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-00638;<br><br>*Giant Eagle, Inc. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-02758;<br><br>*The Golub Corporation et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-06955;<br><br>*Brookshire Brothers, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:20-cv-06123;<br><br>*Columbia Meats, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:21-cv-02847; and | Main Case No.: 1:16-cv-08637<br><br>**STIPULATED ORDER DISMISSING THE *AFFILIATED FOODS* PLAINTIFFS' CLAIMS WITH PREJUDICE AGAINST HARRISON POULTRY, INC.** |

*Springfield Grocer Company et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 21-cv-02963.

The parties in the above-captioned actions, through their counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

1. This Stipulation is between, on the one hand, Track 1 Direct Action Plaintiffs Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc. (collectively, the "*Affiliated Foods* Plaintiffs") and, on the other hand, Defendant Harrison Poultry, Inc. ("Harrison Poultry").

2. This Stipulation relates to *Affiliated Foods, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:17-cv-8850; *Action Meat Distributors, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No: 1:18-cv-03471; *Howard Samuels as Trustee in*

Bankruptcy for Central Grocers, Inc., et al. v. Pilgrim's Pride Corporation, et al., Case No. 1:18-cv-05341; *KJ Holdings, LLC (individually and as assignee of the Release Claims of W. Lee Flowers & Co., Inc.) v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-5345; *Associated Grocers, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-00638; *Giant Eagle, Inc. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-02758; *The Golub Corporation et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-06955; *Brookshire Brothers, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:20-cv-06123; *Columbia Meats, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:21-cv-02847; and *Springfield Grocer Company, et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 21-cv-02963 (collectively, the "*Affiliated Foods* Plaintiffs' Actions").

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the *Affiliated Foods* Plaintiffs and Harrison Poultry stipulate and agree to the dismissal, with prejudice, of the *Affiliated Foods* Plaintiffs' Actions against Harrison Poultry and claims against Harrison Poultry asserted therein, with each side bearing its own attorneys' fees and costs. This Stipulation of Dismissal, with prejudice, has no bearing on the *Affiliated Foods* Plaintiffs' claims against Defendants other than Harrison Poultry.

SO ORDERED: *Thomas M Durkin*       Dated: 12/7/2022
United States District Judge

_/s/_                                                 Dated: 12/07/2022

Robert N. Kaplan
Gregory K. Arenson
Matthew P. McCahill
Jason Uris
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: juris@kaplanfox.com

_/s/_                                                 Dated: 12/07/2022

Eric R. Lifvendahl
**L&G LAW GROUP, LLP**
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: elifvendahl@lgcounsel.com

_/s/_                                                 Dated: 12/07/2022

Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama St., Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

4


_____ Dated: 12/07/2022
Solomon B. Cera
**CERA LLP**
201 California Street, Suite 1240
San Francisco, California 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com

*-and-*

C. Andrew Dirksen
800 Boylston St., 16th Floor
Boston, Mass. 02199
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

_____ Dated: 12/07/2022
Elizabeth H. Black
**HAYNSWORTH SINKLER BOYD P.A.**
1201 Main Street 22nd Floor
Columbia, South Carolina 29201-3226
Telephone: (803) 540-7753
Email: eblack@hsblawfirm.com

*-and-*

Jay W. Matthews, III
1 North Main Street, 2nd Floor
Greenville, South Carolina 2960 I
Telephone: (864) 240-3200
Email: jmatthews@hsblawfirm.com

_____ Dated: 12/07/2022
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
**MARCUS & SHAPIRA LLP**
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com

SGR/41393164.1

Email: hill@marcus-shapira.com
Email: allen@marcus-shapira.com

*Counsel for Plaintiffs*

Dated: 12/6/22

Patricia A. Gorham
Eversheds Sutherland (US) LLP
999 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 853-8298
Email: patriciagorham@eversheds-sutherland.com

*Counsel for Harrison Poultry, Inc.*