UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Coordinated with Main Case No. 1:16-cv-08637 |
| THIS DOCUMENT RELATES TO:<br>*Affiliated Foods, Inc., et al. v. Claxton Poultry Farms, Inc., et al.*, Case No. 1:17-cv-8850;<br><br>*Action Meat Distributors, Inc. et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No: 1:18-cv-03471;<br><br>*Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:18-cv-05341;<br><br>*KJ 2019 Holdings, LLC v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:18-cv-5345;<br><br>*Associated Grocers, Inc. et al. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-00638;<br><br>*Giant Eagle, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:19: cv-02758; and<br><br>*The Golub Corporation et al. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-06955 | |

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

The parties in the above-captioned actions, through their counsel, stipulate to the following and respectfully request the Court's approval of their stipulation.

1. This stipulation is between, on one hand, Track 1 Direct Action Plaintiffs Action Meat Distributors, Inc. ("Action Meat"); Affiliated Foods, Inc. ("Affiliated Foods"); Alex Lee, Inc./Merchants Distributors, LLC ("Alex Lee"); Associated Foods Stores, Inc. ("Associated Foods"); Associated Grocers, Inc. ("Associated Grocers"); Associated Grocers of New England, Inc. ("Associated Grocers of NE"); Bashas' Inc. ("Bashas'"); Big Y Foods, Inc. ("Big Y"); Brookshire Grocery Company ("Brookshire Grocery"); Certco, Inc. ("Certco"); Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. ("Central Grocers"); Colorado Boxed Beef Co. ("CBBC"); Fareway Stores, Inc. ("Fareway"); Giant Eagle, Inc. ("Giant Eagle"); The Golub Corporation ("Golub"); Ira Higdon Grocery Company, Inc. ("Ira Higdon"); King Solomon Foods, Inc. ('King Solomon"); Latina Boulevard Foods, LLC ("Latina Boulevard"); Nicholas & Co., Inc. ("Nicholas & Co."); Pacific Food Distributors, Inc. ("Pacific Food"); Piggly Wiggly Alabama Distributing Co., Inc. ("Piggly Wiggly"); Schnuck Markets, Inc. ("Schnuck"); The Distribution Group, Inc. d/b/a Van Erden Foodservice Company ("The Distribution Group"); Troyer Foods, Inc. ("Troyer"); URM Stores, Inc. ("URM"); KJ 2019 Holdings, LLC; W. Lee Flowers & Company, Inc. (with KJ 2019 Holdings, LLC, "W. Lee Flowers"); Weinstein Wholesale Meats, Inc. ("Weinstein"); and Woodman's Food Market, Inc. ("Woodman's") (collectively, the "*Affiliated Foods* Plaintiffs") and, on the other hand, defendant Peco Foods, Inc. ("Peco").

2. This Stipulation relates to *Affiliated Foods, Inc., et al. v. Claxton Poultry Farms, Inc., et al.*, Case No. 1:17-cv-8850; *Action Meat Distributors, Inc. et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No: 1:18-cv-03471; *Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:18-cv-05341; *KJ 2019 Holdings, LLC v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:18-cv-5345; *Associated Grocers, Inc. et al. v. Norman W. Fries,*

*Inc., d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-00638; *Giant Eagle, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:19: cv-02758; and *The Golub Corporation et al. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-06955 (collectively, the "*Affiliated Foods* Plaintiffs' Actions").

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the *Affiliated Foods* Plaintiffs and Peco stipulate and agree to the dismissal, with prejudice, of the *Affiliated Foods* Plaintiffs' Actions against Peco and claims against Peco asserted therein, with each side bearing its own attorneys' fees and costs. This Joint Motion and Stipulation for Dismissal, With Prejudice, has no bearing on the *Affiliated Foods* Plaintiffs' claims against Defendants other than Peco.

**SO ORDERED:** _Thomas M Durkin_
United States District Judge

Dated: January 5, 2023

3

Dated: January 5, 2023                    Respectfully submitted,

/s/ Robert N. Kaplan
Robert N. Kaplan
Gregory K. Arenson
Matthew P. McCahill
Jason Uris
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: rnrnccahill@kaplanfox.com
Email: juris@kaplanfox.com


/s/ Eric R. Lifvendahl
Eric R. Lifvendahl
L&G LAW GROUP, LLP
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: elifvendahl@lgcounsel.com


/s/ Richard L. Coffman
Richard L. Coffman
THE COFFMAN LAW FIRM
3355 W. Alabama St., Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com


/s/ Solomon B. Cera
Solomon B. Cera
CERA LLP
201 California Street, Suite 1240
San Francisco, California 9411105
Telephone: (415) 777-2230
Email: scera@cerallp.com

*-and-*

C. Andrew Dirksen

4

800 Boylston St., 16th Floor
Boston, Mass. 02199
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com


*/s/ Elizabeth H. Black*
Elizabeth H. Black
HAYNSWORTH SINKLER BOYD P.A.
1201 Main Street 22nd Floor
Columbia, South Carolina 29201-3226
Telephone: (803) 540-7753
Email: eblack@hsblawfirm.com


*/s/ Bernard D. Marcus*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
MARCUS & SHAPIRA LLP
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: hill@marcus-shapira.com
Email: allen@marcus-shapira.com


*Counsel for Affiliated Foods Plaintiffs*


*/s/ Lara Flath*
Boris Bershteyn
Lara Flath
Sam Auld
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

5

Patrick Fitzgerald
Gail Lee
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
gail.lee@skadden.com

***Counsel for Defendant Peco Foods, Inc.***

**CERTIFICATE OF SERVICE**

  I, Lara Flath, hereby certify that on January 5, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                */s/ Lara Flath*
                Lara Flath