UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* <br><br> THIS DOCUMENT RELATES TO: <br><br> *Affiliated Foods, Inc., et al. v. Claxton Poultry Farms, Inc. et al.*, Case No. 1:17-cv-8850; <br><br> *Action Meat Distributors, Inc., et al. v. Norman W. Fries, Inc., et al.*, Case No. 1:18-cv-03471; <br><br> *Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. v. Norman W. Fries, Inc., et al.*, Case No. 1:18-cv-05341; <br><br> *KJ 2019 Holdings, LLC (individually and as assignee of the claims of W. Lee Flowers & Co., Inc.) v. Norman W. Fries, Inc., et al.*, Case No. 1:18-cv-5345; <br><br> *Associated Grocers, Inc., et al. v. Norman W. Fries, Inc., et al.*, Case No. 1:19-cv-00638; <br><br> *Giant Eagle, Inc. v. Norman W. Fries, Inc., et al.*, Case No. 1:19-cv-02758; <br><br> and <br><br> *The Golub Corporation et al. v. Norman W. Fries, Inc., et al.*, Case No. 1:19-cv-06955; | Main Case No.: 1:16-cv-08637 <br><br> **STIPULATED ORDER DISMISSING THE** *AFFILIATED FOODS* **PLAINTIFFS' CLAIMS WITH PREJUDICE AGAINST GEORGE'S, INC. AND GEORGE'S FARMS, INC.** |

The parties in the above-captioned actions, through their counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

1. This Stipulation is between, on the one hand, Track 1 Direct Action Plaintiffs Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; IRA Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; Schnuck Markets, Inc.; The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Troyer Foods, Inc.; URM Stores, Inc.; KJ 2019 Holdings, LLC (individually and as assignee of the claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc. (collectively, the "*Affiliated Foods* Plaintiffs") and, on the other hand, Defendants George's, Inc. and George's Farms, Inc. (collectively, "George's").

2. This Stipulation relates to *Affiliated Foods, Inc., et al. v. Claxton Poultry Farms, Inc. et al.*, Case No. 1:17-cv-8850; *Action Meat Distributors, Inc., et al. v. Norman W. Fries, Inc., et al.*, Case No. 1:18-cv-03471; *Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al. v. v. Norman W. Fries, Inc., et al.*, Case No. 1:18-cv-05341; *KJ Holdings, LLC (individually and as assignee of the claims of W. Lee Flowers & Co., Inc.) v. Norman W. Fries, Inc., et al.*, Case No. 1:18-cv-5345; *Associated Grocers, Inc., et al. v. Norman W. Fries, Inc., et al.*, Case No. 1:19-cv-00638; *Giant Eagle, Inc. v. Norman W. Fries, Inc., et al.*, Case No. 1:19-cv-02758; and *The Golub Corporation et al. v. Norman W. Fries, Inc., et al.*, Case No. 1:19-cv-06955 (collectively, the "*Affiliated Foods* Plaintiffs' Actions").

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the *Affiliated Foods* Plaintiffs and George's stipulate and agree to the dismissal, with prejudice, of the *Affiliated Foods* Plaintiffs' Actions against George's and claims against George's asserted therein, with each side bearing its own attorneys' fees and costs. This Stipulation of Dismissal, with prejudice, has no bearing on the *Affiliated Foods* Plaintiffs' claims against Defendants other than George's.

**SO ORDERED:**

Dated: January 13, 2023

*[signature: Thomas M. Durkin]*

United States District Judge

| | |
|---|---|
| Dated: January 13, 2023 | */s/ Robert N. Kaplan* <br> Robert N. Kaplan <br> Gregory K. Arenson <br> Matthew P. McCahill <br> Jason A. Uris <br> **KAPLAN FOX & KILSHEIMER, LLP** <br> 850 Third Avenue, 14th Floor <br> New York, New York 10022 <br> Telephone: (212) 687-1980 <br> Email: rkaplan@kaplanfox.com <br> Email: garenson@kaplanfox.com <br> Email: mmccahill@kaplanfox.com <br> Email: juris@kaplanfox.com <br><br> Eric R. Lifvendahl <br> **L&G LAW GROUP, LLP** <br> 175 W. Jackson Blvd., Suite 950 <br> Chicago, Illinois 60604 <br> Telephone: (312) 364-2500 <br> Email: elifvendahl@lgcounsel.com <br><br> Richard L. Coffman <br> **THE COFFMAN LAW FIRM** <br> 3355 W. Alabama St., Suite 240 <br> Houston, Texas 77098 <br> Telephone: (713) 528-6700 <br> Email: rcoffman@coffmanlawfirm.com <br><br> Solomon B. Cera <br> **CERA LLP** <br> 201 California Street, Suite 1240 <br> San Francisco, California 94111 <br> Telephone: (415) 777-2230 <br> Email: scera@cerallp.com <br><br> *-and-* <br><br> C. Andrew Dirksen <br> 800 Boylston St., 16th Floor <br> Boston, Mass. 02199 <br> Telephone: (857) 453-6555 <br> Email: cdirksen@cerallp.com <br><br> Elizabeth H. Black <br> **HAYNSWORTH SINKLER BOYD P.A.** <br> 1201 Main Street 22nd Floor <br> Columbia, South Carolina 29201-3226 |

        Telephone: (803) 540-7753
        Email: eblack@hsblawfirm.com

        *-and-*

        Jay W. Matthews, III
        1 North Main Street, 2nd Floor
        Greenville, South Carolina 2960 I
        Telephone: (864) 240-3200
        Email: jmatthews@hsblawfirm.com

        Bernard D. Marcus
        Moira Cain-Mannix
        Brian C. Hill
        Erin Gibson Allen
        **MARCUS & SHAPIRA LLP**
        One Oxford Center, 35th Floor
        Pittsburgh, Pennsylvania 15219
        Telephone: (412) 471-3490
        Email: marcus@marcus-shapira.com
        Email: cain-mannix@marcus-shapira.com
        Email: hill@marcus-shapira.com
        Email: allen@marcus-shapira.com

        ***Counsel for the Affiliated Foods Plaintiffs***


By: */s/ William L. Greene*
STINSON LLP
William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
 william.greene@stinson.com
peter.schwingler@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

SUGAR FELSENTHAL GRAIS & HELSINGER LLP
John C. Martin (#6225557)
30 N. LaSalle Street, Ste 3000

Chicago, IL 60602
Telephone: (312) 704-2172
Facsimile: (312) 372-795
jmartin@sfgh.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP
Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

***Attorneys for Defendants George's, Inc. and George's Farms, Inc.***

## CERTIFICATE OF SERVICE

I certify that on 13 January 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew P. McCahill*
Matthew P. McCahill
