UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Affiliated Foods, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:17-cv-8850;<br><br>*Action Meat Distributors, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-03471;<br><br>*Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-05341;<br><br>*KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.) v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-5345;<br><br>*Associated Grocers, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-00638;<br><br>*Giant Eagle, Inc. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-02758;<br><br>*The Golub Corporation et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-06955;<br><br>*Brookshire Brothers, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:20-cv-06123;<br><br>*Columbia Meats, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:21-cv-02847; and | Main Case No.: 1:16-cv-08637<br><br>**STIPULATED ORDER DISMISSING THE *AFFILIATED FOODS* PLAINTIFFS' CLAIMS WITH PREJUDICE AGAINST SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.** |

*Springfield Grocer Company et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 21-cv-02693.

The parties in the above-captioned actions, through their counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

1. This Stipulation is between, on the one hand, Track 1 Direct Action Plaintiffs Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc. (collectively, the "*Affiliated Foods* Plaintiffs") and, on the other hand, Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc. (collectively, "Simmons").

2. This Stipulation relates to *Affiliated Foods, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:17-cv-8850; *Action Meat Distributors, Inc., et al. v. Pilgrim's Pride*

*Corporation, et al.*, Case No: 1:18-cv-03471; *Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-05341; *KJ Holdings, LLC (individually and as assignee of the Release Claims of W. Lee Flowers & Co., Inc.) v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-5345; *Associated Grocers, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-00638; *Giant Eagle, Inc. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-02758; *The Golub Corporation et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-06955; *Brookshire Brothers, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:20-cv-06123; *Columbia Meats, Inc., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:21-cv-02847; and *Springfield Grocer Company, et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 21-cv-02963 (collectively, the "*Affiliated Foods* Plaintiffs' Actions").

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the *Affiliated Foods* Plaintiffs and Simmons stipulate and agree to the dismissal, with prejudice, of the *Affiliated Foods* Plaintiffs' Actions against Simmons and claims against Simmons asserted therein, with each side bearing its own attorneys' fees and costs. This Stipulation of Dismissal, with prejudice, has no bearing on the *Affiliated Foods* Plaintiffs' claims against Defendants other than Simmons.

**SO ORDERED:** ___Thomas M Durkin___  Dated: _June 1, 2023_
United States District Judge

SGR/41393164.1

| | |
|---|---|
| */s/ Robert N. Kaplan* | Dated: 31 May 2023 |

    Robert N. Kaplan
    Gregory K. Arenson
    Matthew P. McCahill
    Jason Uris
    **KAPLAN FOX & KILSHEIMER, LLP**
    800 Third Avenue, 38th Floor
    New York, New York 10022
    Telephone: (212) 687-1980
    Email: rkaplan@kaplanfox.com
    Email: garenson@kaplanfox.com
    Email: mmccahill@kaplanfox.com
    Email: juris@kaplanfox.com


| | |
|---|---|
| */s/ Eric R. Lifvendahl* | Dated:  31 May 2023 |

    Eric R. Lifvendahl
    **LIFVENDAHL LAW, LLC**
    265 Latrobe Avenue
    Northfield, Illinois 60093
    Telephone: (847) 830-7002
    Email: eric@liflaw.com


| | |
|---|---|
| *Richard L. Coffman* | Dated: 31 May 2023 |

    Richard L. Coffman
    **THE COFFMAN LAW FIRM**
    3355 W. Alabama St., Suite 240
    Houston, Texas 77098
    Telephone: (713) 528-6700
    Email: rcoffman@coffmanlawfirm.com

/s/ Solomon B. Cera							Dated: 31 May 2023
Solomon B. Cera
**CERA LLP**
201 California Street, Suite 1240
San Francisco, California 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com

-and-

C. Andrew Dirksen
800 Boylston St., 16th Floor
Boston, Mass. 02199
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com


/s/ Elizabeth H. Black							Dated: 31 May 2023
Elizabeth H. Black
**HAYNSWORTH SINKLER BOYD P.A.**
1201 Main Street 22nd Floor
Columbia, South Carolina 29201-3226
Telephone: (803) 540-7753
Email: eblack@hsblawfirm.com

-and-

Jay W. Matthews, III
1 North Main Street, 2nd Floor
Greenville, South Carolina 2960 I
Telephone: (864) 240-3200
Email: jmatthews@hsblawfirm.com


/s/ Bernard D. Marcus							Dated: 31 May 2023
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
**MARCUS & SHAPIRA, LLP**
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: hill@marcus-shapira.com

SGR/41393164.1

*Counsel for Plaintiffs*

<div style="display:flex;justify-content:space-between">

<u>/s/ Lynn H. Murray</u>  
Lynn H. Murray  
**SHOOK, HARDY & BACON L.L.P.**  
111 S. Wacker Drive, Suite 4700  
Chicago, Illinois 60606  
Telephone: (312) 704-7700  
Email: lhmurray@shb.com  

</div>

Dated: 31 May 2023

*Counsel for Simmons Foods, Inc. and*
*Simmons Prepared Foods, Inc.*

6

SGR/41393164.1