# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | Main Case No.: 1:16-cv-08637 |
| | |
| THIS DOCUMENT RELATES TO: | **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE BY THE *AFFILIATED FOODS* PLAINTIFFS OF DEFENDANTS MOUNTAIRE FARMS INC., MOUNTAIRE FARMS, LLC AND MOUNTAIRE FARMS OF DELAWARE, INC.** |
| *Affiliated Foods, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:17-cv-8850; | |
| *Action Meat Distributors, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:18-cv-03471; | |
| *Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:18-cv-05341; | |
| *KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.) v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:18-cv-5345; | |
| *Associated Grocers, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-00638; | |
| *Giant Eagle, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-02758; | |
| *The Golub Corporation et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-06955; | |
| *Brookshire Brothers, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:20-cv-06123; | |
| *Columbia Meats, Inc., et al. v. Norman W.* | |

*Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:21-cv-02847; and

*Springfield Grocer Company et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 21-cv-02963.

WHEREAS, Plaintiffs Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Company, Inc.; KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc., and all of their respective predecessors, successors, assigns, affiliates, and any and all past, present, and future parents, owners, subsidiaries, divisions, and departments, (collectively, the "*Affiliated Foods* Plaintiffs") and Defendants Mountaire Farms Inc., Mountaire Farms, LLC, Mountaire Farms of Delaware, Inc. and all of their predecessors, successors, assigns, and affiliates (collectively, "Mountaire") have agreed to resolve the *Affiliated Foods* Plaintiffs' claims against Mountaire.

NOW, THEREFORE, pursuant to Federal Rules of Civil Procedure 15(a) and 41(a), the parties, through their undersigned counsel, stipulate and jointly move the Court to dismiss the *Affiliated Foods* Plaintiffs' claims against Mountaire with prejudice. The parties shall bear their respective fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

**SO ORDERED:** _____          Dated: _December 5, 2023_
United States District Judge

*/s/ Robert N. Kaplan*                                          Dated: August 29, 2023
Robert N. Kaplan
Gregory K. Arenson
Matthew P. McCahill
Jason Uris
**KAPLAN FOX & KILSHEIMER, LLP**
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: juris@kaplanfox.com


*/s/ Eric R. Lifvendahl*                                          Dated: August 29, 2023
Eric R. Lifvendahl
**LIFVENDAHL LAW, LLC**
265 Latrobe Avenue
Northfield, Illinois 60093
Telephone: (847) 830-7002
Email: eric@liflaw.com


*/s/ Richard L. Coffman*                                          Dated: August 29, 2023
Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 West Alabama Street, Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

*/s/ Solomon B. Cera*                                    Dated: August 29, 2023
Solomon B. Cera
**CERA LLP**
201 California Street, Suite 1240
San Francisco, California 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com

*-and-*

*/s/ C. Andrew Dirksen*                                  Dated: August 29, 2023
C. Andrew Dirksen
800 Boylston Street, 16th Floor
Boston, Massachusetts 02199
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

*/s/ Elizabeth H. Black*                                 Dated: August 29, 2023
Elizabeth H. Black
**HAYNSWORTH SINKLER BOYD P.A.**
1201 Main Street 22nd Floor
Columbia, South Carolina 29201-3226
Telephone: (803) 540-7753
Email: eblack@hsblawfirm.com

*-and-*

*/s/ Jay W. Matthew, III*                                Dated: August 29, 2023
Jay W. Matthews, III
1 North Main Street, 2nd Floor
Greenville, South Carolina 29601
Telephone: (864) 240-3200
Email: jmatthews@hsblawfirm.com

*/s/ Bernard D. Marcus*                                  Dated: August 29, 2023
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
**MARCUS & SHAPIRA, LLP**
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com

Email: hill@marcus-shapira.com

*Counsel for the Affiliated Foods Plaintiffs*

/s/ Amanda Wofford                                    Dated: August 29, 2023
Amanda Wofford
Bourgon B. Reynolds
**ROSE LAW FIRM, A PROFESSIONAL ASSOCIATION**
120 E. 4th Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Email: awofford@roselawfirm.com
Email: breynolds@roselawfirm.com

*Counsel for the Mountaire Defendants*