UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Affiliated Foods, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:17-cv-8850;<br><br>*Action Meat Distributors, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:18-cv-03471;<br><br>*Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:18-cv-05341;<br><br>*KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.) v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:18-cv-5345;<br><br>*Associated Grocers, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-00638;<br><br>*Giant Eagle, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-02758;<br><br>*The Golub Corporation et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:19-cv-06955;<br><br>*Brookshire Brothers, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:20-cv-06123;<br><br>*Columbia Meats, Inc., et al. v. Norman W.* | Main Case No.: 1:16-cv-08637<br><br>**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE BY THE** *AFFILIATED FOODS* **PLAINTIFFS OF DEFENDANTS O.K. FOODS, INC., O.K. FARMS, INC., AND O.K. INDUSTRIES, INC.** |

*Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:21-cv-02847; and

*Springfield Grocer Company et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 21-cv-02963.

WHEREAS, Plaintiffs Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Co., Inc., KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc., and all of their respective predecessors, successors, assigns, affiliates, and any and all past, present, and future parents, owners, subsidiaries, divisions, and departments, (collectively, the "*Affiliated Foods* Plaintiffs") and Defendants O.K. Foods, Inc., O.K. Farms, Inc., O.K. Industries, Inc., and all of their predecessors, successors, assigns, and affiliates (collectively, "O.K. Foods") have agreed to resolve the *Affiliated Foods* Plaintiffs' claims against O.K. Foods.

2

NOW, THEREFORE, pursuant to Federal Rules of Civil Procedure 15(a) and 41(a), the parties, through their undersigned counsel, stipulate and jointly move the Court to dismiss the *Affiliated Foods* Plaintiffs' claims against O.K. Foods with prejudice. The parties shall bear their respective fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

**SO ORDERED:** ___Thomas M Durkin___      Dated: December 5, 2023
                    United States District Judge

*/s/ Robert N. Kaplan*                                                 Dated: September 6, 2023
Robert N. Kaplan
Gregory K. Arenson
Matthew P. McCahill
Jason Uris
**KAPLAN FOX & KILSHEIMER, LLP**
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: juris@kaplanfox.com


*/s/ Eric R. Lifvendahl*                                                 Dated: September 6, 2023
Eric R. Lifvendahl
**LIFVENDAHL LAW, LLC**
265 Latrobe Avenue
Northfield, Illinois 60093
Telephone: (847) 830-7002
Email: eric@liflaw.com


*/s/ Richard L. Coffman*                                              Dated: September 6, 2023
Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 West Alabama Street, Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

| | |
|---|---|
| */s/ Solomon B. Cera* <br> Solomon B. Cera <br> **CERA LLP** <br> 201 California Street, Suite 1240 <br> San Francisco, California 94111 <br> Telephone: (415) 777-2230 <br> Email: scera@cerallp.com | Dated: September 6, 2023 |

-and-

| | |
|---|---|
| */s/ C. Andrew Dirksen* <br> C. Andrew Dirksen <br> 800 Boylston Street, 16th Floor <br> Boston, Massachusetts 02199 <br> Telephone: (857) 453-6555 <br> Email: cdirksen@cerallp.com | Dated: September 6, 2023 |

| | |
|---|---|
| */s/ Elizabeth H. Black* <br> Elizabeth H. Black <br> **HAYNSWORTH SINKLER BOYD P.A.** <br> 1201 Main Street 22nd Floor <br> Columbia, South Carolina 29201-3226 <br> Telephone: (803) 540-7753 <br> Email: eblack@hsblawfirm.com | Dated: September 6, 2023 |

-and-

| | |
|---|---|
| */s/ Jay W. Matthew, III* <br> Jay W. Matthews, III <br> 1 North Main Street, 2nd Floor <br> Greenville, South Carolina 29601 <br> Telephone: (864) 240-3200 <br> Email: jmatthews@hsblawfirm.com | Dated: September 6, 2023 |

| | |
|---|---|
| */s/ Bernard D. Marcus* <br> Bernard D. Marcus <br> Moira Cain-Mannix <br> Brian C. Hill <br> **MARCUS & SHAPIRA, LLP** <br> One Oxford Center, 35th Floor <br> Pittsburgh, Pennsylvania 15219 <br> Telephone: (412) 471-3490 <br> Email: marcus@marcus-shapira.com <br> Email: cain-mannix@marcus-shapira.com | Dated: September 6, 2023 |

Email: hill@marcus-shapira.com

*Counsel for the Affiliated Foods Plaintiffs*

*/s/ John P. Passarelli*  Dated: September 6, 2023
John P. Passarelli
James M. Sulentic
**KUTAK ROCK LLP**
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Email: john.passarelli@kutakrock.com
Email: james.sulentic@kutakrock.com

*Counsel for the O.K. Foods Defendants*