## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION* | **Main Case No.: 1:16-cv-08637** |
| THIS DOCUMENT RELATES TO: | **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE BY THE** *AFFILIATED FOODS* **PLAINTIFFS OF DEFENDANTS KOCH FOODS, INC., JCG FOODS OF ALABAMA, LLC, JCG FOODS OF GEORGIA, LLC AND KOCH MEAT CO., INC.** |
| *Affiliated Foods, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.,* Case No. 1:17-cv-8850; | |
| *Action Meat Distributors, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.,* Case No. 1:18-cv-03471; | |
| *Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.,* Case No. 1:18-cv-05341; | |
| *KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.) v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.,* Case No. 1:18-cv-5345; | |
| *Associated Grocers, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.,* Case No. 1:19-cv-00638; | |
| *Giant Eagle, Inc. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.,* Case No. 1:19-cv-02758; | |
| *The Golub Corporation et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.,* Case No. 1:19-cv-06955; | |
| *Brookshire Brothers, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.,* Case No. 1:20-cv-06123; | |
| *Columbia Meats, Inc., et al. v. Norman W.* | |

*Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:21-cv-02847; and

*Springfield Grocer Company et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 21-cv-02693.

WHEREAS, Plaintiffs Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc./Merchants Distributors, LLC; Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Certco, Inc.; Columbia Meats, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenville Meats, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; Ira Higdon Grocery Company, Inc.; King Solomon Foods, Inc.; Latina Boulevard Foods, LLC; Nicholas & Co., Inc.; Pacific Food Distributors, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; S&S Trading, LLC; Schnuck Markets, Inc.; SpartanNash Company; Springfield Grocer Co. (d/b/a SGC Foodservice); The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company); The Golub Corporation; Topco Associates, LLC; Troyer Foods, Inc.; URM Stores, Inc.; W. Lee Flowers & Co., Inc., KJ 2019 Holdings, LLC (individually and as assignee of the Released Claims of W. Lee Flowers & Co., Inc.); Weinstein Wholesale Meats, Inc.; and Woodman's Food Market, Inc., (collectively, the "*Affiliated Foods* Plaintiffs") and Defendants Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC and Koch Meat Co., Inc. (collectively, the "Koch Defendants" have agreed to resolve the *Affiliated Foods* Plaintiffs' claims against the Koch Defendants.

NOW, THEREFORE, pursuant to Federal Rules of Civil Procedure 15(a) and 41(a), the parties, through their undersigned counsel, stipulate and jointly move the Court to dismiss the

*Affiliated Foods* Plaintiffs' claims against the Koch Defendants with prejudice. The parties shall

bear their respective fees and costs. The parties also respectfully request that any documents filed

under seal remain under seal.

**SO ORDERED:** __ *Thomas M Durkin* _____          Dated: <u>December 6, 2023</u>

                  United States District Judge

*/s/ Robert N. Kaplan*                          Dated: September 26, 2023
Robert N. Kaplan
Gregory K. Arenson
Matthew P**.** McCahill
Jason Uris
**KAPLAN FOX & KILSHEIMER, LLP**
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: juris@kaplanfox.com


*/s/ Eric R. Lifvendahl*                         Dated: September 26, 2023
Eric R. Lifvendahl
**LIFVENDAHL LAW, LLC**
265 Latrobe Avenue
Northfield, Illinois 60093
Telephone: (847) 830-7002
Email: eric@liflaw.com


*/s/ Richard L. Coffman*                         Dated: September 26, 2023
Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 West Alabama Street, Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

*/s/ Solomon B. Cera*
Solomon B. Cera
**CERA LLP**
201 California Street, Suite 1240
San Francisco, California 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com

*-and-*

*/s/ C. Andrew Dirksen*
C. Andrew Dirksen
800 Boylston Street, 16th Floor
Boston, Massachusetts 02199
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

*/s/ Elizabeth H. Black*
Elizabeth H. Black
**HAYNSWORTH SINKLER BOYD P.A.**
1201 Main Street 22nd Floor
Columbia, South Carolina 29201-3226
Telephone: (803) 540-7753
Email: eblack@hsblawfirm.com

*-and-*

*/s/ Jay W. Matthew, III*
Jay W. Matthews, III
1 North Main Street, 2nd Floor
Greenville, South Carolina 29601
Telephone: (864) 240-3200
Email: jmatthews@hsblawfirm.com

*/s/ Bernard D. Marcus*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
**MARCUS & SHAPIRA, LLP**
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com

Dated: September 26, 2023

Dated: September 26, 2023

Dated: September 26, 2023

Dated: September 26, 2023

Dated: September 26, 2023

Email: hill@marcus-shapira.com

*Counsel for the Affiliated Foods Plaintiffs*

/s/ Stephen J. Siegel                                    Dated: September 26, 2023
Stephen Novack
Stephen J. Siegel
Andrew D. Campbell
Elizabeth C. Wolicki
Julie Johnston-Ahlen
**ARMSTRONG TEASDALE LLP**
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
snovack@atllp.com
ssiegel@atllp.com
acampbell@atllp.com
ewolicki@atllp.com
jja@atllp.com

*Counsel for Defendants Koch Foods*
*Incorporated, JCG Foods of Alabama LLC,*
*JCG Foods of Georgia LLC and Koch Meat*
*Co., Inc.*