UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No: 1:16-cv-08637<br>Judge Thomas Durkin |
| AFFILIATED FOODS, INC., *et al*,<br><br>          Plaintiffs,<br>v.<br><br>FIELDALE FARMS CORP., *et al*,<br><br>          Defendants. | Individual Case Nos. 1:17-cv-8850; 1:18-cv-03471; 1:18-cv-05341; and 1:18-cv-5345 |

**ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS AGAINST** <u>**FIELDALE WITH PREJUDICE**</u>

This matter came before the undersigned Judge based on the Stipulation between Fieldale Farms Corporation ("Fieldale") and the following Settling Direct Action Plaintiffs ("Settling Plaintiffs"), grouped by operative complaint: (1) Dkt. 577-1: Affiliated Foods, Inc., Alex Lee Inc./Merchants Distributors, LLC, Associated Grocers of New England, Big Y Foods, Inc., Fareway Stores, Inc., Piggly Wiggly Alabama Distributing Co, Inc., and Woodman's Food Market, Inc.; (2) Dkt. 936-1: Action Meat Distributors, Inc., Associated Food Stores, Inc., Bashas' Inc., Certco, Inc., Ira Higdon Grocery Company, Inc., Nicholas & Co., Inc., Pacific Food Distributors, Inc., Troyer Foods, Inc., URM Stores, Inc., and Weinstein Wholesale Meats, Inc.; (3) Dkt 1134-1: Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., Colorado Boxed Beef Co., King Solomon Foods, Inc., W. Lee Flowers & Company, Inc.; and (4) ECF 1 in 19-cv-638: Brookshire Grocery Company, for dismissal of the Settling Plaintiffs' claims against Fieldale.

Based on all the files, records, and proceedings in this case, **IT IS SO ORDERED** that the parties' Stipulation is **GRANTED** as follows:

1. This Order relates only to the Settling Plaintiffs' claims against Fieldale in the following individual case names and numbers in this case: *Affiliated Foods, Inc., et al. v. Claxton Poultry Farms, Inc., et al.*, Case No. 1:17-cv-8850; *Action Meat Distributors, Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No: l:18-cv-03471; *Howard Samuels as Trustee in Bankruptcy fur Central Grocers. Inc., et al. v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms et al.*, Case No. 1:18-cv-05341; *and KJ 2019 Holdings, LLC v. Norman W. Fries, Inc. d/b/a Claxton Poultry Farms, et al.*, Case No. 1:18-cv-5345 (the "Actions").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Settling Plaintiffs' claims against Fieldale in the Actions are hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own attorneys' fees and costs. This Order has no bearing on the Settling Plaintiffs' claims against all Defendants other than Fieldale.

Dated: May 21, 2024

By the Court:

_____
The Honorable Thomas M. Durkin
United States District Judge